IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANNA MICHELLE VINES-CARTER,

          Plaintiff,

v.                                               CIVIL ACTION NO.   2:15-cv-02902

VOTER REGISTRATION OF COLUMBUS
OHIO,

          Defendant.

**ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this court of proposed findings and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 10, 2015, the Magistrate Judge submitted findings and recommended that the court dismiss the plaintiff's complaint [Docket 2] for failure to state a claim upon which relief may be granted and lack of personal jurisdiction, deny the plaintiff's Letter-Form Motion for Protective Order [Docket 4], and deny the plaintiff's Application to Proceed Without Prepayment of Fees and Costs [Docket 1] yet waive the applicable filing fee. (*See* Proposed Findings and Recommendation [Docket 5], at 3-4). The Magistrate Judge also recommended that I "warn the plaintiff that the continued filing of frivolous actions or engaging in abusive conduct in this court may result in the imposition of sanctions and/or filing restrictions." (*Id.* at 4).

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. §

1

636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

The pro se plaintiff has not filed objections. On April 15, 2015 [Docket 6] and June 11, 2015 [Docket 7], the plaintiff filed additional documentation in support of her complaint—namely, claims of liens and quitclaim deeds. Although I give liberal construction to pro se filings, *see Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978), this additional documentation plainly fails to constitute objections to the Magistrate Judge's Proposed Findings and Recommendation.

Therefore, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations. The court **DISMISSES** the plaintiff's complaint [Docket 2], **DENIES** the plaintiff's Letter-Form Motion for Protective Order [Docket 4], and **DENIES** the plaintiff's Application to Proceed Without Prepayment of Fees and Costs [Docket 1] yet waives the applicable filing fee. I further warn the plaintiff that continuing to file frivolous actions or other abusive conduct may result in sanctions and/or restrictions on filing. *See* Fed. R. Civ. P. 11(c)(1) (stating that the court may impose sanctions on a party that violated Rule 11(b) by filing frivolous claims); *see, e.g., Brock v. Angelone*, 105 F.3d 952, 954 (4th Cir. 1997) (per curiam).

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:     July 13, 2015

                                  JOSEPH R. GOODWIN
                                  UNITED STATES DISTRICT JUDGE